**Dwight Charles STOWE, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 05–2510.**

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 7, 2005.

Decided Sept. 29, 2005.

Dwight Charles Stowe, Yankton, SD, pro se.

John P. Messina, James Whalen, Federal Public Defender's Office, Des Moines, IA, for Appellant.

Lester Alan Paff, U.S. Attorney's Office, Des Moines, IA, for Appellee.

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Dwight Charles Stowe appeals the district court's * judgment denying Stowe's 28 U.S.C. § 2255 motion for relief based on the Supreme Court's recent holding in *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

* The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.

The district court granted a certificate of appealability on whether the rule announced in *Booker* applies retroactively to cases on collateral review. Because it does not, *see Never Misses A Shot v. United States*, 413 F.3d 781, 783–84 (8th Cir. 2005) (per curiam), we affirm the judgment of the district court. *See* 8th Cir. R. 47B. Counsel's motion to withdraw is granted, and Stowe's pro se motion for new counsel is denied.